# EXHIBIT C



Available at https://www.amazon.com/Tirrinia-Sweatshirt-Comfortable-Reversible-Oversized/dp/B07WSN9Y7L/ref=sr_1_1?dchild=1&keywords=B07WSN9Y7L&qid=1580158148&sr=8-1 (Last accessed February 20, 2020 at 11:10 a.m. CST)