IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOP BRAND LLC, SKY CREATIONS, LLC, E STAR LLC, and FLYING STAR LLC<br><br>Plaintiffs,<br><br>v.<br><br>COZY COMFORT COMPANY LLC, BRIAN SPECIALE, and MICHAEL SPECIALE,<br><br>Defendants. | Case No. 1:20-cv-01238<br><br>Honorable Rebecca R. Pallmeyer |

**DECLARATION OF MICHAEL SPECIALE IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS COUNT IV OF PLAINTIFFS' FIRST AMENDED COMPLAINT
AND TO TRANSFER THIS ACTION TO ARIZONA**

I, Michael Speciale, hereby declare under penalty of perjury that, to the best of my knowledge, the following statements are true and correct:

1. I am the co-founder of Cozy Comfort Company LLC ("Cozy"), which is a company organized under the laws of Arizona with its headquarters located in Cave Creek, Arizona. In my capacity as co-founder, and based on my involvement in Cozy's day-to-day operations, I have personal knowledge of the facts set forth herein.

2. I reside in Arizona. My brother, Brian Speciale ("Brian"), also resides in Arizona.

3. Brian and I are innovators in the field of wearable blanket technology. Together we invented the design for a wearable blanket over garment, which we coined "The Comfy."

4. Working with our patent attorney, Thomas Galvani, who practices and resides in Arizona, Cozy secured patent protection for our design, which has resulted in multiple valid and enforceable issued patents and numerous pending patents, including U.S.

Design Patent No. D859,788 (the "'788 Patent"), entitled "Enlarged Over-Garment With An Elevated Marsupial Pocket." All of the records relating to the patent property are located in Arizona.

5. Cozy directs the operation of its website, www.thecomfy.com, from Arizona, including providing the virtual marking of the products associated with the '788 Patent.

6. As a brief timeline of Cozy's evolution, I provide the following: in April 2017, Brian and I created a prototype of our wearable blanket design, and formed Cozy in order to market and sell our invention and related products. In May 2017, we auditioned for the nationally broadcast television show, "Shark Tank," in order to solicit funding for our growing business. In September 2017, after surviving multiple selection rounds for the show, we filmed an episode of "Shark Tank" and secured an investor for our recently formed company.

7. Given our appearance on "Shark Tank," along with our relentless marketing efforts, sales of our patented products ramped up quickly, with Amazon.com being one of Cozy's primary sales channels.

8. As innovators in the wearable blanket space, and creators of a new market segment, Cozy enjoyed rapid growth. Unfortunately, knock-offs and cheap imitations of our patented products soon began appearing on the market. Many of these imitation products, were, and continue to be, sold on Amazon.com.

9. Utilizing Amazon's Brand Registry system, Cozy routinely submits notices of patent infringement identifying products listed for sale on Amazon.com which infringe the '788 Patent. All of the submissions made to Amazon originate from Arizona.

10. Cozy has identified Top Brand and E Star as selling infringing products.

11. Based on information and belief, Amazon only removes listings for products that it determines actually infringe the asserted patent. Based on Cozy's submissions, Amazon removed Top Brand's and E Star's infringing listings.

12. In November 2019, Top Brand's Los Angeles, California based attorneys reached out to Cozy regarding the notices of patent infringement submitted to Amazon. Cozy's attorneys briefly engaged Top Brand's counsel in licensing discussions, but Top Brand failed to substantively respond to Cozy's proposals and the licensing discussions ceased.

13. Cozy has never purposefully directed cease and desist efforts regarding its '788 Patent towards a resident of Illinois, and has never asserted its '788 Patent against Sky Creations LLC.

14. I am unaware of any potential Cozy witness that lives in, works in, or is otherwise, based in Illinois.

15. On Cozy's website, Cozy advertises its various Comfy products, including the Original, the Dream (Lite), the Hoodie, and the Original Jr (Kids).

16. Attached hereto as **Exhibit A** is a true and correct copy of a screen capture of the Comfy Original product listing from Cozy's website (thecomfy.com/products/the-comfy).

17. Attached hereto as **Exhibit B** is a true and correct copy of a screen capture of the Comfy Dream (Lite) product listing from Cozy's website (thecomfy.com/products/new-the-comfy-lite).

18. Attached hereto as **Exhibit C** is a true and correct copy of a screen capture of the Comfy Hoodie product listing from Cozy's website (thecomfy.com/products/the-comfy-hoodie?variant=30397577396306).

19. Attached hereto as **Exhibit D** is a true and correct copy of a screen capture of the Comfy

Original Jr (Kids) product listing from Cozy's website (thecomfy.com/products/the-comfy-kids).

20. Cozy marks its Comfy products, including the Original, the Dream (Lite), the Hoodie, and the Original Jr (Kids) as patented under the '788 Patent because these products are indeed covered by the '788 Patent. The following table provides a view of each of the patent marked Comfy products above representative views from the '788 Patent:



| The Comfy Original Ex. A | The Comfy Dream (Lite) Ex. B | The Comfy Hoodie Ex. C | The Comfy Original Jr (Kids) Ex. D |
|---|---|---|---|
| | | | |
| Representative views from the '788 Patent See Ex. A to First Amended Complaint (Dkt. 26) | | | |
| | | | |

Executed on July 1, 2020 _____

Michael Speciale