# EXHIBIT A

Buy 1 Comfy Hoodie, Get 1 FREE! Code: BOGO · FREE Shipping on orders $50+. US Only.

MY CART 0



SHARK TANK  ABOUT US  SHOP

0  $0.00

THE COMFY ORIGINAL -  $39.99



## THE COMFY ORIGINAL -  $39.99

Canadian Customer? *Click Here!*    UK Customer? *Click Here!*

**Choose Your Color**



Quantity  — 1 +

**Add to Cart**

GUARANTEED SAFE CHECKOUT



**FREE COMFY FOR YOUR FEET WITH THE PURCHASE OF 1 COMFY ORIGINAL. LIMITED TIME ONLY! DISCOUNT APPLIED AT CHECKOUT.**

This is the one you saw on Shark Tank—the one that launched a world-wide craze. The Comfy Original is the world's first truly wearable blanket, letting you stay warm and cozy whether you're at home or on the go. Made to fit like an oversized hoodie, the Original is made from an ultra-soft microfiber exterior, and a luxurious sherpa lined interior that will leave you thinking you're being hugged by a cloud. Turn down the heat and bring on the cold!

**Details:**

- **Sizing**: One Size Fits All Adults & Teens
- **Features**: double layered, huge hood, giant front pocket, high low hem, and ribbed cuffed sleeves
- **Care-Free Wash:** toss it in the wash then tumble dry on low - it comes out like new
- **Contents:** Outer material – luxurious fleece microfiber. Inner material – premium fluffy sherpa. 100% polyester
- Invented by 2 brothers & backed by ABC's Shark Tank Star Barbara Corcoran
- Patents Approved & Pending

- Free 30 Day Return/Refund Policy

# #COMFYCARES 🫶

We are proud to have found a way to use The Comfy® brand to provide comfort, strength, and support in a totally different way. We are so excited to partner together with Susan G Komen® and thank them for taking care of our loved ones! In 2019-2020, The Comfy will donate to Susan G. Komen $50,000.00 regardless of sales.

## RELATED PRODUCTS



| THE COMFY FOR YOUR FEET | THE COMFY ORIGINAL JR | THE COMFY HOODIE | THE COMFY TEDDY | NEW: THE COMFY DREAM |
|---|---|---|---|---|
| $14.99 | $34.99 | $29.99 | $49.99 | $39.99 |

Back To The Comfy



| COMPANY | SIGN UP | CUSTOMERS |
|---|---|---|
| About Us | Join the Comfy Craze! Sign up to receive updates on new products, special promotions, and events. | My Account |
| Shark Tank | | Shop |
| Terms of Use | | Returns |
| Privacy Policy | | FAQs |
| Contact Us | Join our mailing list — Subscribe | |
| Patent Information | | |

**Patent Information**