# EXHIBIT B

Case: 1:20-cv-01238 Document #: 32-2 Filed: 07/02/20 Page 2 of 3 PageID #:454

Buy 1 Comfy Hoodie, Get 1 FREE! Code: BOGO · FREE Shipping on orders $50+. US Only.

☰   🔍   👤   MY CART 🛒 0



**SHARK TANK**    **ABOUT US**    **SHOP** ⌄

🔍   👤

🛒 0   $0.00

## NEW: THE COMFY DREAM -  $39.99



‹     ›

● ○ ○ ○ ○ ○

# NEW: THE COMFY DREAM -  $39.99

**Choose Your Color**



| Quantity | − | 1 | + |

Add to Cart

### GUARANTEED SAFE CHECKOUT



This one is our lightest, softest, and most luxurious Comfy yet. Gone is the multi-layered thickness of our Original (though the dimensions stay the same); instead, the Comfy Dream is a single layer of luscious microfiber that's so soft, you'll feel like you're wearing a baby blanket. Its lightness makes it perfect for wearing around the house or taking with you when you need your warmth to travel. Slip one on today!

## DETAILS:

- **As Seen On Poosh**
- **Sizing**: One Size Fits All Adults & Teens
- **Features**: single layered, huge hood, giant front pocket, high low hem, and ribbed cuffed sleeves
- **Care-Free Wash:** toss it in the wash then tumble dry on low - it comes out like new
- **Contents:** long fleece microfiber. 100% polyester
- Invented by 2 brothers & backed by ABC's Shark Tank Star Barbara Corcoran
- Patents Approved & Pending
- Free 30 Day Return/Refund Policy

## #COMFYCARES ♡

We are proud to have found a way to use The Comfy® brand to provide comfort, strength, and support in a totally different way. We are so excited to partner together with Susan G Komen® and thank them for taking care of our loved ones! In

2019-2020, The Comfy will donate to Susan G. Komen $50,000.00 regardless of sales.

## RELATED PRODUCTS

| | | | | |
|---|---|---|---|---|
| THE COMFY ORIGINAL | THE COMFY FOR YOUR FEET | THE COMFY ORIGINAL JR | THE COMFY HOODIE | THE COMFY TEDDY |
| $39.99 | $14.99 | $34.99 | $29.99 | $49.99 |

Back To The Comfy

## COMPANY

About Us

Shark Tank

Terms of Use

Privacy Policy

Contact Us

Patent Information

**Patent Information**

## SIGN UP

Join the Comfy Craze! Sign up to receive updates on new products, special promotions, and events.

Join our mailing list | Subscribe

## CUSTOMERS

My Account

Shop

Returns

FAQs