# EXHIBIT C

Case: 1:20-cv-01238 Document #: 32-3 Filed: 07/02/20 Page 2 of 3 PageID #:457



Buy 1 Comfy Hoodie, Get 1 FREE! Code: BOGO · FREE Shipping on orders $50+. US Only.

MY CART 0

SHARK TANK    ABOUT US    SHOP

0  $0.00

THE COMFY HOODIE -  ~~$34.99~~ $29.99



THE COMFY HOODIE -  ~~$34.99~~ $29.99

**Choose Your Color**



Quantity  − 1 +

**Add to Cart**

GUARANTEED SAFE CHECKOUT

**BUY ONE, GET ONE FREE! CODE: BOGO. LIMITED TIME ONLY!**

Move over old sweatshirt, your new favorite hoodie is here! The Comfy Hoodie is made from the softest, premium cotton material making it warm and cozy yet durable and functional. The Comfy Hoodie is modeled after a 5XL sweatshirt - taking on a "Comfy size" of its own to be the most comfortable thing you'll ever wear. Its cool and casual look is perfect to send with the kids to college, roast marshmallows by the fire, rake the fall leaves or curl up on the couch at home. It's your new grab and go to item to keep you comfy for all adventures ahead.

- Breathable, pleasant warmth
- One Size Fits All Adults & Teens
- **Features:** huge hood, giant front pocket, high low hem, and ribbed cuffed sleeves
- **Contents**: Outer material - knit cotton. Inner material – fuzzy fleece cotton. 50% Cotton. 50% Polyester
- **Care-Free Wash:** toss it in the wash then tumble dry on low - it comes out like new
- Free 30 Day Return/Refund Policy
- Invented by 2 brothers and back by ABC's Shark Tank Star Barbara Corcoran
- Patent Approved

# #COMFYCARES

We are proud to have found a way to use The Comfy® brand to provide comfort, strength, and support in a totally different way. We are so excited to partner together with Susan G Komen® and thank them for taking care of our loved ones! In 2019-2020, The Comfy will donate to Susan G. Komen $50,000.00 regardless of sales.

## RELATED PRODUCTS



| THE COMFY ORIGINAL | THE COMFY FOR YOUR FEET | THE COMFY ORIGINAL JR | THE COMFY TEDDY | NEW: THE COMFY DREAM |
| --- | --- | --- | --- | --- |
| $39.99 | $14.99 | $34.99 | $49.99 | $39.99 |

Back To The Comfy



| COMPANY | SIGN UP | CUSTOMERS |
| --- | --- | --- |
| About Us | Join the Comfy Craze! Sign up to receive updates on new products, special promotions, and events. | My Account |
| Shark Tank | | Shop |
| Terms of Use | | Returns |
| Privacy Policy | | FAQs |
| Contact Us | Join our mailing list  **Subscribe** | |
| Patent Information | | |

**Patent Information**