# EXHIBIT D



Buy 1 Comfy Hoodie, Get 1 FREE! Code: BOGO · FREE Shipping on orders $50+. US Only.

MY CART 0



SHARK TANK   ABOUT US   SHOP

0  $0.00

# THE COMFY ORIGINAL JR -  $34.99



## THE COMFY ORIGINAL JR -  $34.99

**Choose Your Color**

Quantity  − 1 +

Add to Cart

**GUARANTEED SAFE CHECKOUT**



## THE WEARABLE BLANKET YOU LOVE BUT *FUN-SIZED* FOR KIDS!

- Same luxurious sherpa material & oversized style as The Comfy Original
- One Size Fits All Kids (4 – 8 years old)
- Perfect for camping trips, sleepovers, playing, & more
- **Care-Free Wash:** toss it in the wash then tumble dry on low - it comes out like new
- **Contents:** Outer material – luxurious fleece microfiber. Inner material – premium fluffy sherpa. 100% polyester
- Free 30 Day Return/Refund Policy
- Invented by 2 brothers & backed by ABC's Shark Tank Star Barbara Corcoran
- Patent Approved

### #COMFYCARES ♡

We are proud to have found a way to use The Comfy® brand to provide comfort, strength, and support in a totally different way. We are so excited to partner together with Susan G Komen® and thank them for taking care of our loved ones! In 2019-2020, The Comfy will donate to Susan G. Komen $50,000.00 regardless of sales.

## RELATED PRODUCTS


**THE COMFY ORIGINAL**
$39.99


**THE COMFY FOR YOUR FEET**
$14.99


**THE COMFY HOODIE**
$29.99


**THE COMFY TEDDY**
$49.99


**NEW: THE COMFY DREAM**
$39.99

Back To The Comfy

## COMPANY

About Us
Shark Tank
Terms of Use
Privacy Policy
Contact Us
Patent Information

**Patent Information**

## SIGN UP

Join the Comfy Craze! Sign up to receive updates on new products, special promotions, and events.

[Join our mailing list] [Subscribe]

## CUSTOMERS

My Account
Shop
Returns
FAQs